PYROTECNICO FIREWORKS,
INC. and CONTINENTAL
INDEMNITY COMPANY

      Appellants,

v.

JEFFREY ONUSCHAK,

      Appellee.

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0490

_____/

Opinion filed August 3, 2017.

An appeal from an order of the Judge of Compensation Claims
Neal P. Pitts, Judge.

Date of Accident: December 28, 2015.

Barbara K. Case of The Law Office of Barbara K. Case, P.A., North Palm Beach,
for Appellants.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, WETHERELL, and ROWE, JJ., CONCUR.